ACCEPTED
15-24-00100-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/7/2025 5:16 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00100-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/7/2025 5:16:47 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE FIFTEENTH COURT OF APPEALS

## In re IDEA Public Schools

Petition for Writ of Mandamus from the 201st District Court
of Travis County, Texas, Cause No. D-1-GN-24-005018

**School Districts' Notice of Appearance**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, the school districts who are Real Parties in Interest ("School Districts") file this Notice of Appearance.

Edward Smith of O'Hanlon, Demerath & Castillo hereby enters his appearance as co-counsel for School Districts.

Respectfully submitted,
*/s/ Edward Smith*
Kevin O'Hanlon
State Bar No. 15235500
*kohanlon@808west.com*
Edward Smith
State Bar No. 24037790
*esmith@808west.com*

**O'HANLON, DEMERATH & CASTILLO**
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

*Counsel for Real Parties in Interest*

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(e), an automated certificate of service will be generated when this document is e-filed.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lea Ohrstrom on behalf of Edward Smith
Bar No. 24037790
lohrstrom@808west.com
Envelope ID: 98226035
Filing Code Description: Letter
Filing Description: Notice of Appearance
Status as of 3/10/2025 7:16 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Brewer | 2967035 | wab@brewerattorneys.com | 3/7/2025 5:16:47 PM | SENT |
| Kevin OHanlon | | kohanlon@808west.com | 3/7/2025 5:16:47 PM | SENT |
| Joseph E.Hoffer | | jhoffer@slh-law.com | 3/7/2025 5:16:47 PM | SENT |
| Linda Studer | | lstuder@slh-law.com | 3/7/2025 5:16:47 PM | SENT |
| Elizabeth Angelone | | eangelone@slh-law.com | 3/7/2025 5:16:47 PM | SENT |
| Phylicia McClain | | pmcclain@slh-law.com | 3/7/2025 5:16:47 PM | SENT |
| Justin Wood | | jwood@slh-law.com | 3/7/2025 5:16:47 PM | SENT |
| Nanette Gardipee | | ngardipee@slh-law.com | 3/7/2025 5:16:47 PM | SENT |
| Benjamin Castillo | | bcastillo@808west.com | 3/7/2025 5:16:47 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 3/7/2025 5:16:47 PM | SENT |
| Kelsey Warren | | Kelsey.warren@oag.texas.gov | 3/7/2025 5:16:47 PM | SENT |
| Marlanya Ellis | | Marlayna.ellis@oag.texas.gov | 3/7/2025 5:16:47 PM | SENT |
| Joseph Baker | | Joe.baker@solidcounsel.com | 3/7/2025 5:16:47 PM | SENT |
| Dana Orsini | | dana.orsini@solidcounsel.com | 3/7/2025 5:16:47 PM | SENT |
| Joshua H.Harris | | jharris@brewerattorneys.com | 3/7/2025 5:16:47 PM | SENT |
| Edward Smith | | esmith@808west.com | 3/7/2025 5:16:47 PM | SENT |